UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-10035 |
| Plaintiff, | **INDICTMENT** |
| vs. | Failure to Pay Legal Child Support |
| CHADWICK T. CHAPMAN, | 18 U.S.C. § 228(a)(3) |
| Defendant. | |

---

The Grand Jury charges:

From on or about May 1, 2012, and continuing to the present, in Brown County, in the District of South Dakota, defendant, Chadwick T. Chapman, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Fifth Judicial Circuit, Brown County, South Dakota, and which obligation is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: [signature]